1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARTISTS MANAGEMENT GROUP, LLC, a Delaware limited liability company,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CHRIS LIGHTY, an individual; and BABY SOUNDS PRODUCTION, INC., a New York Corporation, a/k/a BABY SOUNDS PRODUCTIONS, INC. d/b/a VIOLATOR MANAGEMENT,<br><br>　　　　Respondents. | Case No. CV08-00181 RGK (JCx)<br><br>**JUDGMENT** |

761681.3 -- 20311.007

-1-

This action was taken under submission without hearing by the Court, the Honorable R. Gary Klausner, District Judge presiding, on petitioner Artists Management Group, LLC's ("Petitioner") unopposed Motion to Confirm Stipulated Arbitration Award to Monetary Judgment ("Motion").  By the Motion, Petitioner sought an order under 9 U.S.C. § 9 confirming a stipulated Final and Binding Award of Arbitrator, and entry of a judgment in accordance therewith, pursuant to a written Settlement Agreement and Mutual Release and a written Stipulation for Entry of Final and Binding Arbitration Award between and among Petitioner, respondent Chris Lighty, and respondent Baby Sounds Production, Inc. also known as Baby Sounds Productions, Inc. and doing business as Violator Management (collectively, "Respondents").

The arguments and evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Petitioner's Motion is granted in its entirety;

2. Petitioner shall recover from Respondents, and each of them, the following amounts:

   a. The principal sum of $1,000,000.00;

   b. Prejudgment interest on $1,000,000.00 from January 1, 2008 to the date of entry of judgment at the rate of 10% per annum;

   c. Post-judgment interest from and after the date of entry of judgment on the principal sum of $1,000,000.00 to the date the judgment is paid in full, at the rate of 10% per annum;

3. Petitioner shall recover its costs incurred in connection with this action from Respondents, and each of them;

4. Petitioner may file a motion to seek recovery of its reasonable attorneys' fees incurred in connection with this action from Respondents, and each of them; and

/ / /

5. Petitioner is entitled to recover from Respondents, and each of them, the reasonable costs and attorneys' fees it incurs post-judgment in connection with any efforts to register, enforce or otherwise secure satisfaction of this judgment.

DATED: March 31, 2008    _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted by:

GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation

ANDREW S. PAULY
ANDREW J. HALEY


By: /s/ ANDREW S. PAULY
  ANDREW S. PAULY, a Member of
GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation,
Attorneys for Petitioner
ARTISTS MANAGEMENT GROUP, LLC